**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CRIMINAL CASE NO.   5:26-MJ-3163-EBA

IN THE MATTER OF CRIMINAL
COMPLAINT FOR MEGAN FOLEY

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

\* \* \* \* \* \* \* \* \*

I, Bethany Harmon, a Special Agent of the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been employed as a Special Agent since 2024. I received approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics, including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Louisville Division of the FBI. I have conducted or participated in surveillance, the execution of search warrants, the execution and analysis of legal process, and the interviewing of victims and subjects of several investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(a).

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a Criminal

Complaint for Megan Foley ("M. Foley"), white female, DOB, XX/XX/1989, and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2422(b), relating to the online enticement of a minor to engage in sexual activity, and 18 U.S.C. § 2423(a), relating to the transportation of a minor with the intent to engage in sexual activity, have been committed by Megan Foley.

## STATUTORY AUTHORITY

3.    This investigation concerns alleged violations of Title 18, United States Code §2422(b) and 18 U.S.C. § 2423(a):

4.    18 U.S.C. §2422(b) prohibits a person from persuading, inducing, enticing, or coercing any person under 18 to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

5.    18 U.S.C. § 2423(a) prohibits a person from transporting a person under 18 with the intent that the person engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

## PROBABLE CAUSE

a.  On 7/3/2026, Kentucky State Police (KSP) received a report of a 14-year-old minor male, Minor Victim 1 (MV1), being molested by his assistant wrestling coach, 36-year-old Megan Foley (M. Foley). The parents of MV1 advised that M. Foley had taken their two minor sons, MV1 and Minor Witness 1 (MW1), on vacations and trips with her family. MW1 disclosed that he observed MV1 engaging in sexual activity with M. Foley on one of those trips in her camper. The parents of MV1 also

advised that they observed messages from M. Foley on Snapchat to MV1 late at night.

b. On 7/9/2026, The parents of MV1 contacted KSP to advise that MV1 disclosed to them that he had engaged in sexual activity with M. Foley on three separate trips. He disclosed that they had sex in Ohio at a trap shooting conference, at M. Foley's home in Carlisle, Kentucky, and at a gun club in Berea, Kentucky.

c. On 7/21/2026, Forensic Interviews of MV1 and MW1 were completed. MV1 advised that he was on the Bourbon County Wrestling team with MW1 and that they were favored on the team by the coaches, M. Foley and Jordan Foley (J. Foley). The Foleys would take them out to eat after practice and often drive them home. The Foleys bought them things and took them on trips. M. Foley acted like a mom to him and would call him and MW1 "her sons." The Foleys took them to Tennessee over Christmas Break in 2025 and to Alabama on another occasion. During the trip to Alabama, he and M. Foley began cuddling. The Foleys were presidents of the Central Kentucky Gun Club in Berea, KY and bought him a gun and paid for he and MW1 to shoot. He and MW1 would stay in the camper with the Foleys.

d. MV1 said that while in the camper during the Memorial Day weekend shoot, Megan kissed him on the cheek, then they kissed on the lips. MV1 said on the following Wednesday, during his school GPA trip to Chicago, he received a text message from Megan saying she needed to tell him something, but he had to make sure he was not around anyone. She then sent a message saying she didn't want to be much of a mom anymore, but that she wanted to be a girlfriend. After that conversation, MV1 said Megan would text him sexually.

e.  MVI disclosed that he communicated with M. Foley via text message, Snapchat, and TikTok.

f.  MV1 disclosed that he went on a shooting trip to Ohio with the Foleys on the weekend of 5/29/2026 to 5/31/2026. Around midnight on one of the nights he was staying in the camper with them, M. Foley came out to the couch that MV1 was sleeping on. M. Foley cuddled him and started kissing him. MV1 disclosed M. Foley moved her hands into his pants and masturbated him. The next day, M. Foley performed oral sex on MV1 in the afternoon and had vaginal sex with MV1 in the evening. M. Foley told him that he would be the stepdad to her children one day during this trip. After the trip, M. Foley would text him dirty and sexual things on his iPhone. MV1 said that, if he did not text Megan the way she preferred, she would be mean to him.

g.  MV1 disclosed that on the weekend of 7/27/2026, he went with M. Foley to Ohio to purchase ammo. On the way back, she took him to her home in Carlisle, KY and had sex with him there.

h.  MV1 disclosed that on the weekend of the state shoot in July, 2026 at the Central Kentucky Gun Club in Berea, Kentucky, M. Foley engaged in vaginal sex and oral sex with him in her camper.

i.  During the Forensic Interview of MW1 on 7/21/2026, MW1 advised that M. Foley would take them on trips and would cuddle MV1 and hold hands with him. M. Foley would also bite MW1 during wrestling practice sometimes and he observed M. Foley bite MV1 while cuddling him on a couch during one of the trips. During a weeklong trip to the Central Kentucky Gun Club in Berea, KY with the Foleys,

he woke up one night around midnight or 1:00 am because he felt the camper shaking and heard the camper creaking. He observed M. Foley lying on her back and MV1 in between her legs positioned on top of her stomach. He believed it was a sexual position.

j. On 7/22/2026, M. Foley was arrested by KSP for Sex Abuse 1st Degree, Rape 3rd Degree, Sodomy 3rd Degree, Procuring or promoting a minor by electronic means, Promoting a sexual performance by a minor, and Assault 4th degree. M. Foley was advised of her Miranda rights and interviewed. M. Foley advised that MV1 and MW1 were like her sons. She advised she bought them things, took them on family vacations, took them out to eat and treated them like her own children. After being asked if she had sex with MV1, M. Foley advised that she and MV1 had been in a relationship since May 2026. M. Foley advised that MV1 always called her mom and that one day she told him she would rather be his girlfriend than his mom. She and MV1 had discussed getting married and moving away from Bourbon County. M. Foley confessed to having sex with MV1 on multiple occasions in her camper, including at the Gun Club in Berea, KY and at her home in Carlisle, KY. She advised they engaged in vaginal and oral sex.

## CONCLUSION

6.    For the reasons stated herein, I submit that this affidavit supports probable cause for a criminal complaint charging Megan Foley for violations of 18 U.S.C. § 2422(b) and 18 U.S.C. § 2423(a). The investigation indicates that M. Foley engaged in sexual activity with a 14-year-old minor male and that she used online platforms, such as text messages and

Snapchat, to discuss and further that sexual activity while in the Eastern District of Kentucky. The investigation also indicates that she transported the minor victim to Ohio in May 2026 to engage in sexual activity with him there.

Respectfully submitted,

Bethany Harmon, by EBA
_____
Bethany Harmon
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 7th day of August 2026.


Signed By:
Edward B. Atkins
United States Magistrate Judge

_____
United States Magistrate Judge
Eastern District of Kentucky